# Exhibit D



**Gourmet** Food Imports, LLC

Atalanta Corporation
1 Atlanta Plz
US-07206 Elizabeth NJ
Reg. Nr. 006980445

Dear Valued Customer,

To enhance our efficiencies and serve you better, we are party to a Receivables Purchase Agreement with DS-Concept Trade Invest LLC, an Accounts Receivable Factor, serviced by DS-Concept Factoring Inc., 650 Fifth Ave, 24th Floor, New York NY 10019. Under our Factoring arrangement, our accounts receivable on orders place by you are sold and assigned by us to DS-Concept Trade Invest LLC and, ultimately, DS-Concept Special Finance LLC, as 100% owner and sole payee on all invoices.

Payment instructions for all of our invoices to you are as follows:

Payment via wire:       Commerzbank AG
                        New York Branch
          A/C Holder: DS-Concept Special Finance LLC
                Bank routing No: 026008044
                A/C No.: 150 1112960 00
                Swift Code: COBAUS3XXXX

Payment by check:       DS-CONCEPT SPECIAL FINANCE LLC
                        P.O. Box 1041
                        New York, NY 10268-1041

These payment instructions can now only be altered or verified in writing solely by the servicor, DS-Concept Factoring, Inc. Should you have any concerns about following these payment instructions, please bring those promptly to the attention of DS-Concept Factoring, Inc. at 212-765-4349 or us@ds-factoring.com. You are authorized to cooperate with our factor if it contacts you regarding our invoices. You will receive invoices conforming to these payment instructions. Even if our invoices direct payment elsewhere, you are responsible for following the payment instructions in this letter.

DS-Concept Trade Invest LLC is now also our attorney-in-fact with respect to all of our existing and future accounts receivable and is fully authorized to act on our behalf with respect to the accounts receivable arising from orders placed by you with us.

Please confirm receipt of this letter by completing and signing the following page and them emailing it to us@ds-factoring.com or mailing it to DS- Concept Factoring Inc. at 650 Fifth Ave., 24th FL, and New York, NY 10019. You may also fax receipt confirmation to 212-765-4346.

Your prompt attention to this matter is greatly appreciated.

Yours truly,                                           Acknowledged and Agreed:

Client Name: GOURMET FOOD IMPORTS LLC                  DS-Concept Trade Invest LLC
Client Address: 3527 Mt. Diablo Boulevard, Suite 305   DS-Concept Special Finance LLC
                Lafayette, CA 94549                    Title:
Represented by: Traian Jikovski                        Date:
Title:  CEO
Date:   06 August 2013

Page 1 of 2



Gourmet
Food Imports, LLC

To: DS-Concept Factoring, Inc.
650 5th Avenue 24th floor
New York, New York 10019

We acknowledge the sale and assignment of the GOURMET FOOD IMPORTS, LLC, 3527 Mt. Diablo Boulevard, Suite 305, Lafayette, CA 94549 receivables to DS-Concept Trade Invest LLC and, ultimately DS-Concept Special Finance LLC. Payment on future invoices will be made directly to the account of DS-Concept Special Finance LLC. We understand that these payment instructions can only be changed with the prior written consent of DS-Concept Trade Invest LLC.

Company: Atalanta Corporation
By:
Print Name: Mark Mazzullo
Title: Product Manager
Date: 03/01/15
Phone: 908-___-____
Email Address: mmazzullo@atalanta1.com

Page 2 of 2