# Exhibit E



**Gourmet**
Food Imports, LTD

Atalanta Corporation
1 Atlanta Plz
US-07206 Elizabeth NJ
Reg. Nr. 006980445

Dear Valued Customer,

To enhance our efficiencies and serve you better, we are party to a Receivables Purchase Agreement with DS-Concept Trade Invest LLC, an Accounts Receivable Factor, serviced by DS-Concept Factoring Inc., 650 Fifth Ave, 24th Floor, New York NY 10019. Under our Factoring arrangement, our accounts receivable on orders place by you are sold and assigned by us to DS-Concept Trade Invest LLC and, ultimately, DS-Concept Special Finance LLC, as 100% owner and sole payee on all invoices.

Payment instructions for all of our invoices to you are as follows:

Payment via wire:
    Commerzbank AG
    New York Branch
    A/C Holder: DS-Concept Special Finance LLC
    Bank routing No: 026008044
    A/C No.:150 1112960 00
    Swift Code: COBAUS3XXXX

Payment by check:
    DS-CONCEPT SPECIAL FINANCE LLC
    P.O. Box 1041
    New York, NY 10268-1041

These payment instructions can now only be altered or verified in writing solely by the servicer, DS-Concept Factoring, Inc. Should you have any concerns about following these payment instructions, please bring those promptly to the attention of DS-Concept Factoring, Inc. at 212-765-4349 or us@ds-factoring.com. You are authorized to cooperate with our factor if it contacts you regarding our invoices. You will receive invoices conforming to these payment instructions. Even if our invoices direct payment elsewhere, you are responsible for following the payment instructions in this letter.

DS-Concept Trade Invest LLC is now also our attorney-in-fact with respect to all of our existing and future accounts receivable and is fully authorized to act on our behalf with respect to the accounts receivable arising from orders placed by you with us.

Please confirm receipt of this letter by completing and signing the following page and them emailing it to us@ds-factoring.com or mailing it to DS- Concept Factoring Inc. at 650 Fifth Ave., 24th FL, and New York, NY 10019. You may also fax receipt confirmation to 212-765-4346.

Your prompt attention to this matter is greatly appreciated.

Yours truly,

Client Name: GOURMET FOOD IMPORTS LTD
Client Address: Parachuk Hristo Toprakchie
    1504 Sofia, Bulgaria
    ID No. 202667037
Represented by: Maria Roumenova Nanova
Title: CEO
Date: 06 August 2013

Acknowledged and Agreed:

_____
DS-Concept Trade Invest LLC
DS-Concept Special Finance LLC
Title:
Date:

Page 1 of 2



To: DS-Concept Factoring, Inc.
650 5th Avenue 24th floor
New York, New York 10019

We acknowledge the sale and assignment of the GORMET FOOD IMPORTS LTD, Pomchik Hristo Toprakchiev Str. No. 10, BG-1504 Sofia receivables to DS-Concept Trade Invest LLC and, ultimately DS-Concept Special Finance LLC. Payment on future invoices will be made directly to the account of DS-Concept Special Finance LLC. We understand that these payment instructions can only be changed with the prior written consent of DS-Concept Trade Invest LLC.

Company: Atalanta Corporation
By:
Print Name: Mark Mazzell
Title: Product Manager
Date: 8/13/1)
Phone: 908-378-6022
Email Address: MMazzella@Atalanta1.com