Exhibit F

**Service Center**

| | |
|---|---|
| **From:** | Sadina Atchison <satchison@atalanta1.com> |
| **Sent:** | Wednesday, June 17, 2015 3:13 PM |
| **To:** | Denisse Mieles |
| **Cc:** | Mark Mazzella |
| **Subject:** | RE: BUL_GORMET – Inv. 59104, 59105, 59106 – Atalanta Verification |
| **Attachments:** | BL 59104 59105 59106.pdf; 59104 Atalanta.pdf; 59105 Atalanta.pdf; 59106 Atalanta.pdf |

Hi Denisse,

Confirmed – to Oakland

Thank you,

Sadina Atchison
Atalanta Corporation
908-372-1751

---

**From:** Denisse Mieles [mailto:D.Mieles@ds-factoring.com]
**Sent:** Tuesday, June 16, 2015 3:22 PM
**To:** Sadina Atchison
**Subject:** BUL_GORMET - Inv. 59104, 59105, 59106 – Atalanta Verification
**Importance:** High

Good morning!

Attached please find INV 59104; 59105; 59106 along with the B/L.

Please review and confirm there are no discrepancies, invoices are correct, goods have been received and payment will be made to DS CONCEPT.

Thank you in advance.

Best regards,

Denisse Mieles
650 Fifth Ave, 24th FL
New York, New York 10019
Tel: 212-765-4349
d.mieles@ds-factoring.com
www.ds-concept.net



**DS-CONCEPT**
Intelligent Trade Finance

1

This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you.

**From:** Kathy Jones <kathygfi@yahoo.com>
**Reply-To:** Kathy Jones <kathygfi@yahoo.com>
**Date:** Tue, 16 Jun 2015 14:56:01 +0000 (UTC)
**To:** Bube BT <factoring@ds-factoring.com>
**Subject:** Invoices for factoring

Hi Boris,
Kindly find the attached invoices 59104 59105 and 59106 with its original B/L.
Pls proceed for customer confirmation.
Thanks
Kathy
Gourmet Food Imports, LTD



**Sales Invoice**

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59104

Invoice Date: 6/16/2015
Salesperson: T. Jikovski

| Customer / Billing Info | | Ship To | Same? (Y/N) N |
|---|---|---|---|
| Company: | | Company: | |
| Name: | Atalanta Corporation | Name: | |
| Address: | 1 Atalanta Plaza | Address: | |
| City: | Elizabeth   State: NJ   Zip: 07206 | City: Oakland Port | Zip: |
| Phone: | 908.351.8000 | Phone: | |
| Fax: | 908.351.0449 | Fax: | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 6/15/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 28 Aug, 2015 | | |
| Qty Ordered | Description | | | | Unit Price | Total |
| 1957 cases | Pecorino cheese Net Wt: 7 kg vaccum pack, 2 units/case Net Wt: 23916.62kg, 52727.12lb | | | | $3.60/lb | $189,817.63 |
| | Container number: TCLU1173570 | | | | | |
| | Total Container Net Weight: 23916.62kg Total Container Gross Weight: 24427.03 kg | | | | | |

|  |  |  |
|---|---|---|
| | Subtotal: $ | 189,817.63 |

**Other Notes and Terms**
No Returns or Credits accepted 7 days after shipment delivery.

Shipping: 0.00
**Invoice Total: $   189,817.63**

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

# Gourmet
## Food Imports, LTD

*Sales Invoice*

*10 Por Hristo Toprakchiev Str*
*Sofia Bulgaria 1504*
*Tel: + (359) 2 973 2059*
*Fax: + (359)2 973 2059*
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59105

Invoice Date: 6/16/2015
Salesperson: T. Jikovski

| Customer / Billing Info | | | | | Ship To | Same? (Y/N) N | |
|---|---|---|---|---|---|---|---|
| Company: | | | | | Company: | | |
| Name: | Atalanta Corporation | | | | Name: | | |
| Address: | 1 Atalanta Plaza | | | | Address: | | |
| City: | Elizabeth | State: NJ | Zip: | 07206 | City: | Oakland Port | Zip: |
| Phone: | 908.351.8000 | | | | Phone: | | |
| Fax: | 908.351.0449 | | | | Fax: | | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 6/15/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 28 Aug, 2015 | | |
| **Qty Ordered** | **Description** | | | | **Unit Price** | **Total** |
| 1920 cases | Pecorino cheese Net Wt: 7 kg vaccum pack, 2 units/case | | | | $3.60/lb | $189,358.02 |
| | Net Wt: 23858.71kg, 52599.45lb | | | | | |
| | | | | | | |
| | Container number; HLXU8757158 | | | | | |
| | | | | | | |
| | Total Container Net Weight: 23858.71kg | | | | | |
| | Total Container Gross Weight: 24383.20 kg | | | | | |

| | | | | Subtotal: $ | 189,358.02 |
|---|---|---|---|---|---|

| Other Notes and Terms | | | | |
|---|---|---|---|---|
| No Returns or Credits accepted 7 days after shipment delivery. | | Shipping: | 0.00 | |
| | | **Invoice Total: $** | **189,358.02** | |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 1501.12984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

# Gourmet
## Food Imports, LTD

### *Sales Invoice*

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #:  59106
Invoice Date:  6/16/2015
Salesperson:  T. Jikovski

**Customer / Billing Info**

| | |
|---|---|
| Company: | |
| Name: | Atalanta Corporation |
| Address: | 1 Atalanta Plaza |
| City: | Elizabeth    State: NJ   Zip:   07206 |
| Phone: | 908.351.8000 |
| Fax: | 908.351.0449 |

**Ship To**            Same? (Y/N) **N**

| | |
|---|---|
| Company: | |
| Name: | |
| Address: | |
| City: | Oakland Port         Zip: |
| Phone: | |
| Fax: | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 6/15/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 28 Aug, 2015 | | |
| **Qty Ordered** | **Description** | | | | **Unit Price** | **Total** |
| 1920 cases | Pecorino cheese Net Wt; 7 kg vaccum pack, 2 units/case | | | | $3.60/lb | $189,435.24 |
| | Net Wt:  23868.44kg, 52620.90 lb | | | | | |
| | Container number: HLXU8755094 | | | | | |
| | Total Container Net Weight: 23868.44kg | | | | | |
| | Total Container Gross Weight: 24392.80 kg | | | | | |

| | | |
|---|---|---|
| | Subtotal: $ | 189,435.24 |
| | Shipping: | 0.00 |
| | Invoice Total: $ | 189,435.24 |

**Other Notes and Terms**
No Returns or Credits accepted 7 days after shipment delivery.

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

**Bill of Lading**

Multimodal Transport or Port to Port Shipment

| Shipper: | |
|---|---|
| GORMET FOOD IMPORTS, LTD<br>10 POR HRISTO TOPRAKCHIEV STR,<br>SOFIA 1504, BULGARIA | **Hapag-Lloyd** |

| | Carrier's Reference: | B/L-No.: | Page: |
|---|---|---|---|
| | 37275842 | HLCUSK2150601027 | 1/1 |

Export References:

Consignee (not negotiable unless consigned to order):

ATALANTA CORPORATION
1 ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify; see clause 20 (1) hereof):

GOURMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference:

Place of Receipt:

BITOLA
DOLNOORIZARSKI PAT BB
7000 BITOLA
MACEDONIA

| Vessel(s): | Voyage-No.: |
|---|---|
| ROZA A | ASA23W15 |

Place of Delivery:

Port of Loading:

THESSALONIKI

Port of Discharge:

OAKLAND, USA

| Container Nos., Seal Nos. Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| TCLU1173570<br>SEAL NO: | 1957 CARTONS<br>HARD CHEESE FOR GRATING FROM SHEEP MILK,<br>NET WT: 7 KG VACCUM PACK, 2 UNITS/CASE<br>GROSS WT: 24427.03KG | 24427.030 KGS | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND<br>COUNT<br>SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3))

| Total No. of Containers received by the Carrier: | Packages received by the Carrier: |
|---|---|
| 1 | |

Movement: | Currency:

FCL/FCL.

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11)

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated to the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of Issue:

VARNA 16.06.2015

Freight payable at:

VARNA

Number of original Bs/L:
3/3 (THREE)

SIGNED BY GLOBAL MARITIME SERVICES LTD.
AS AGENT OF THE CARRIER "HAPAG LLOYD"

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

90147345  LIV. 03/13

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg | **Bill of Lading** | Multimodal Transport or Port to Port Shipment

| Shipper: | |
|---|---|
| GORMET FOOD IMPORTS, LTD<br>10 POR HRISTO TOPRAKCHIEV STR,<br>SOFIA 1504<br>BULGARIA | ![Hapag-Lloyd] **Hapag-Lloyd** |

| | Carrier's Reference | B/L-No.: | Page: |
|---|---|---|---|
| | 37275642 | HLCUSK2150501005 | 1/1 |

Export References:

| Consignee (not negotiable unless consigned to order): | |
|---|---|
| ATALANTA CORPORATION<br>1ATALANTA PLAZA,<br>ELIZABETH, NJ 07206<br>USA | Forwarding Agent: |

| Notify Address (Carrier not responsible for failure to notify; see clause 20 (1) hereof): | Consignee's Reference: |
|---|---|
| GOURMET FOOD IMPORTS, LLC.<br>3627 MT DIABLO BLVD, SUITE 306<br>LAFAYETTE, CA 94549<br>USA | Place of Receipt:<br>BITOLA<br>DOLNOORIZARSKI PAT BB<br>7000 BITOLA,<br>MACEDONIA |

| Vessel(s): | Voyage-No.: | |
|---|---|---|
| ROZA A | ASA23W15 | Place of Delivery: |

| Port of Loading: | |
|---|---|
| THESSALONIKI | |

| Port of Discharge: | |
|---|---|
| OAKLAND, USA | |

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| HLXU 8755094<br>SEAL NO: | 1920 CARTONS<br>HARD CHEESE FOR GRATING FROM SHEEP MILK,<br>NET WT: 7 KG VACCUM PACK, 2 UNITS/CASE<br>GROSS WT: 24392.80 KG | 24392.800 KGS | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND<br>COUNT<br>SHIPPED ON BOARD | | |

| Shipper's declared Value (see clause 7(2) and 7(3)) | Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11) |
|---|---|
| Total No. of Containers received by the Carrier: Packages received by the Carrier:<br>1 | RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Total No. of Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all the terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.<br>IN WITNESS WHEREOF the number of original Bills of Lading stated below all of this tenor and date has been signed, one of which being accomplished the others to stand void. |
| Movement: | |
| FCL/FCL | Currency: |
| | Place and date of Issue: VARNA 16.06.2015 |
| Charge | Rate | Basis | Wt/Vol/Ad | P/C | Amount | Freight payable at:<br>VARNA |
| | | | | | | Number of original Bs/L:<br>3 (THREE) |
| Total Freight Prepaid: | Total Freight Collect: | Total Freight: | SIGNED BY GLOBAL MARITIME SERVICES LTD<br>AS AGENT OF THE CARRIER HAPAG LLOYD |

[Stamp: MARITIME SERVICES LTD * VARNA *]

Carrier  Hapag-Lloyd Aktiengesellschaft, Hamburg

**Bill of Lading**   Multimodal Transport or Port to Port Shipment

Shipper:

GORMET FOOD IMPORTS, LTD
10 POR HRISTO TOPRAKCHIEV STR,
SOFIA 1504
BULGARIA

**Hapag-Lloyd**

| Carrier's Reference: | B/L-No.: | Page: |
|---|---|---|
| 37275642 | HLCUSK2150601016 | 1/1 |

Export References:

Consignee (not negotiable unless consigned to order):

ATALANTA CORPORATION
1ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify: see clause 20 (1) hereof):

GOURMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference:

Place of Receipt:

BITOLA
DOLNOORIZARSKI PAT BB
7000 BITOLA
MACEDONIA

| Vessel(s): | Voyage-No.: |
|---|---|
| ROZA A | ASA23W15 |

Place of Delivery:

Port of Loading:
THESSALONIKI

Port of Discharge:
OAKLAND, USA

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| HLXU 8757158 SEAL NO: | 1920 CARTONS HARD CHEESE FOR GRATING FROM SHEEP MILK, NET WT: 7 KG VACCUM PACK, 2 UNITS/CASE GROSS WT: 24383.20 KG | 24383.200 KGS | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND COUNT SHIPPED ON BOARD | | |

Shipper's declared Value [see clause 7(2) and 7(3)]

| Total No. of Containers received by the Carrier: | Packages received by the Carrier: |
|---|---|
| 1 | |

Movement:
FCL/FCL

Currency:

| Charge | Rate | Basis | Wt/Vol/Val | P/C | Amount |
|---|---|---|---|---|---|

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier [see clause 11]

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number of Containers or other packages or units indicated in the box opposite entitled "Total No. or Containers/Packages received by the Carrier" for Carriage subject to all the terms and conditions hereof (INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE HEREOF AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF) from the Place of Receipt or the Port of Loading, whichever is applicable, to the Port of Discharge or the Place of Delivery, whichever is applicable. One original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. In accepting this Bill of Lading the Merchant expressly accepts and agrees to all its terms and conditions whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant.

IN WITNESS WHEREOF the number of original Bills of Lading stated below and all of this tenor and date has been signed, one of which being accomplished the others to stand void.

Place and date of issue:
VARNA 16.06.2015

Freight payable at:
VARNA

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

Number of original Bs/L
3/3 THREE

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|