Exhibit G

**Denisse Mieles**

| | |
|---|---|
| **From:** | Mary Smith |
| **Sent:** | Wednesday, June 24, 2015 3:22 PM |
| **To:** | Mark Mazzella |
| **Cc:** | Denisse Mieles |
| **Subject:** | RE: GOURMET FOOD.- INVOICE VERIFICATION 59107; 59109 ATALANTA |

Understood

**From:** Mark Mazzella [mailto:mmazzella@atalanta1.com]
**Sent:** Wednesday, June 24, 2015 3:13 PM
**To:** Mary Smith
**Subject:** FW: GOURMET FOOD – INVOICE VERIFICATION 59107; 59109 ATALANTA

Hi Mary,

Confirmed!

In the future please send this to my attention ONLY as I will need to confirm going forward.

Thank you,

**From:** Mary Smith [mailto:M.Smith@ds-factoring.com]
**Sent:** Tuesday, June 23, 2015 9:09 AM
**To:** Sadina Atchison
**Subject:** GOURMET FOOD – INVOICE VERIFICATION 59107; 59109 ATALANTA

Good morning Sadina,

Attached please find INV 59107; INV 59109 along with the B/L's.

Please review and confirm there are no discrepancies, invoices are correct and payment will be made to DS CONCEPT.

Thank you in advance.

Best regards,

Mary

Mary Smith
Vice President of Operations
650 Fifth Ave, 24th Floor
New York, New York 10019
Tel: 212-765-4349 ext.103
Fax: 212-765-4346
m.smith@ds-factoring.com

1

DS000151

www.ds-concept.net

**DS-CONCEPT**
**Intelligent Trade Finance**

This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you.

DS000152

# Gourmet
## Food Imports, LTD

*Sales Invoice*

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59107
Invoice Date: 6/23/2015
Salesperson: T. Jikovski

**Customer / Billing Info**

| Company: | |
|---|---|
| Name: | Atalanta Corporation |
| Address: | 1 Atalanta Plaza |
| City: | Elizabeth  State: NJ  Zip: 07206 |
| Phone: | 908.351.8000 |
| Fax: | 908.351.0449 |

**Ship To**  Same? (Y/N) N

| Company: | |
|---|---|
| Name: | |
| Address: | |
| City: | Oakland Port  Zip: |
| Phone: | |
| Fax: | |

| Order No | Date | Shipped Via | FOB Point | Terms |
|---|---|---|---|---|
| | 6/23/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 27 Sept. 2015. |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1972 cases | Pecorino cheese Net Wt: 7 kg vaccum pack, 2 units/case<br>Net Wt: 23855.35 kg, 52592.07 lb<br><br><br>Container number: HLXU4774603<br><br><br><br>Total Container Net Weight: 23855.36 kg<br>Total Container Gross Weight: 24417.44 kg | $3.60/lb | $189,331.45 |

| | | |
|---|---|---|
| Subtotal: | $ | 189,331.45 |
| Shipping: | | 0.00 |
| Invoice Total: | $ | 189,331.45 |

**Other Notes and Terms**
No Returns or Credits accepted 7 days after shipment delivery.

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC.
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

DS000153

| Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg | **Bill of Lading** | Multimodal Transport or Port to Port Shipment |
|---|---|---|

Shipper:

GORMET FOOD IMPORTS, LTD
10 POR HRISTO TOPRAKCHIEV STR,
SOFIA 1504
BULGARIA

**Hapag-Lloyd**

| Carrier's Reference: | B/L No.: | Page: |
|---|---|---|
| 34699252 | HLCUSK2150601633 | 1/1 |

Export Reference:

Consignee (not negotiable unless consigned to order):

ATALANTA CORPORATION
1 ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify, see clause 20 (1) hereof):

GOURMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference:

Place of Receipt:

BITOLA
DOLNOORIZARSKI PAT BB.
7000 BITOLA
MACEDONIA

| Vessel: | Voyage-No.: | Place of Delivery |
|---|---|---|
| TOMRIZA | A9A24W16 | |

Port of Loading:
THESSALONIKI

Port of Discharge:
OAKLAND, USA

| Container No., Seal No., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|

1 X 40' REF CONTAINER *SLAC

HLXU 4774603
SEAL NO:

1972 CARTONS
HARD CHEESE FOR GRATING FROM SHEEP MILK
NET WT: 7 KG VACCUM PACK, 2 UNITS/CASE,
GROSS WT: 24417,440 KGS

24417,440 KGS

*SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND
COUNT
SHIPPED ON BOARD

Shipper's declared Value (see clause 7(2) and 7(3))

Total No. of Containers received by the Carrier:

Packages received by the Carrier:

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11).

| Movement | Currency: |
|---|---|
| FCL/FCL | |

| Charge | Rate | Basis | Wt/Vol/Val | 150 | Amount |
|---|---|---|---|---|---|

Place and date of Issue
VARNA 23.06.2015

Freight payable at:
VARNA

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

# Gourmet
### Food Imports, LTD

*Sales Invoice*

*10 Por Hristo Toprakchiev Str*
*Sofia Bulgaria, 1504*
*Tel: + (359) 2 973 2059*
*Fax: + (359) 2 973 2059*
service@GourmetFoodImports.com
VAT: BG202667037

| Invoice #: | 59108 |
| Invoice Date: | 6/23/2015 |
| Salesperson: | T. Jikovski |

Ship To: Same? (Y/N) N

| Customer / Billing Info | | | | | Company: | |
|---|---|---|---|---|---|---|
| Company: | | | | | Name: | |
| Name: | Atalanta Corporation | | | | Address: | |
| Address: | 1 Atalanta Plaza | | | | City: | Oakland Port | Zip: |
| City: | Elizabeth | State: | NJ | Zip: 07206 | Phone: | |
| Phone: | 908.351.8000 | | | | Fax: | |
| Fax: | 908.351.0449 | | | | | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 6/23/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 27 Sept, 2015 | | |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1970 cases. | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case | $3.60/lb | $189,290.23 |
| | Net Wt: 23850.17 kg, 52580.62 lb | | |
| | | | |
| | Container number: HLXU6729373 | | |
| | | | |
| | Total Container Net Weight: 23850.17 kg | | |
| | Total Container Gross Weight: 24421.35 kg | | |

| | Subtotal: | $ | 189,290.23 |
|---|---|---|---|
| | Shipping: | | 0.00 |
| | Invoice Total: | $ | 189,290.23 |

**Other Notes and Terms**
No Returns or Credits accepted, 7 days after shipment delivery.

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX.

DS000155

**Bill of Lading**  Multimodal Transport or Port to Port Shipment

**Hapag-Lloyd**

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

| | | |
|---|---|---|
| Shipper | | |
| GORMET FOOD IMPORTS, LTD<br>10 POR HRISTO TOPRAKCHIEV STR,<br>SOFIA 1504<br>BULGARIA | Carrier's Reference: BA-No.: | Page |
| | 34609252  HLCUSK2150601524 | 1/1 |
| | Export References: | |

Consignee (not negotiable unless consigned to order):

ATALANTA CORPORATION
1ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify; see clause 20 (1) hereof):

GOURMET FOOD IMPORTS, LLC
3827 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference:

Place of Receipt:
BITOLA
DOLNOORIZARSKI PAT BB
7000 BITOLA
MACEDONIA

| Vessel(s) | Voyage No.: | Place of Delivery: |
|---|---|---|
| TOMRIZ A | ASA24W16 | |

Port of Loading: THESSALONIKI

Port of Discharge: OAKLAND, USA

| Container Nos., Seal Nos.; Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| | | 24421,350 KGS | |
| HLXU 6729373<br>SEAL NO: | 1970 CARTONS<br>HARD CHEESE FOR GRATING FROM SHEEP MILK,<br>NET WT: 7 KG VACCUM PACK, 2 UNITS/CASE,<br>GROSS WT: 24421,350 KGS | | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND<br>COUNT<br>SHIPPED ON BOARD | | |

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11)

| Shipper's declared Value (see clause 7(2) and 7(3)) | Packages received by the Carrier: | | |
|---|---|---|---|
| Total No. of Containers received by the Carrier: 1 | | | |
| | Currency | | |
| Movement FCL/FCL | | | |
| Charge | Rate | Basis | Wt/Val/ | P/C | Amount |

Place and date of Issue:
VARNA 23.06.2015

Freight payable at:
VARNA

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG-LLOYD

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

DS000156

# Gourmet
## Food Imports, LTD

**Sales Invoice**

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59109
Invoice Date: 6/23/2015
Salesperson: T. Tikovski

| Customer / Billing Info | | | | | Ship To: | | Same? (Y/N) N | |
|---|---|---|---|---|---|---|---|---|
| Company: | | | | | Company: | | | |
| Name: | Atalanta Corporation | | | | Name: | | | |
| Address: | 1 Atalanta Plaza | | | | Address: | | | |
| City: | Elizabeth | State: NJ | Zip: | 07206 | City: | Oakland Port | Zip: | |
| Phone: | 908.351.8000 | | | | Phone: | | | |
| Fax: | 908.351.0449. | | | | Fax: | | | |

| Order No | Date | Shipped Via | FOB Point | Terms |
|---|---|---|---|---|
| | 6/23/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 27 Sept, 2015 |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1970 cases | Pecorino cheese Net Wt: 7 kg vacum pack, 2 units/case | $3.60/lb | $189,370.15 |
| | Net Wt: 23860.24 kg, 52602.82 lb | | |
| | | | |
| | Container number: HLXU8714330 | | |
| | | | |
| | Total Container Net Weight: 23860.24 kg | | |
| | Total Container Gross Weight: 24429.10 kg. | | |

Subtotal: $ 189,370.15

| Other Notes and Terms | | |
|---|---|---|
| No Returns or Credits accepted 7 days after shipment delivery. | Shipping: | 0.00. |
| | Invoice Total: $ | 189,370.15 |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No. 026008044
SWIFT: COBAUS3XXXX.

DS000157

Carrier  Hapag-Lloyd Aktiengesellschaft, Hamburg     **Bill of Lading**     Multimodal Transport or Port to Port Shipment

## Hapag-Lloyd

Shipper

GORMET FOOD IMPORTS, LTD
10 POR.HRISTO.TOPRAKCHIEV STR.
SOFIA 1504
BULGARIA

| Carrier's Reference: | B/L-No.: | Page: |
|---|---|---|
| 34699257 | HLCUSK2150501635 | 1/1 |

Export Reference:

Consignee not negotiable unless consigned to order

ATALANTA CORPORATION
1ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent

Notify Address (Carrier not responsible for failure to notify, see clause 20 (I) hereof)

GOURMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference:

Place of Receipt

BITOLA
DOLNOORIZARSKI PAT BB
7000 BITOLA
MACEDONIA

| Vessel: | Voyage-No.: | Place of Delivery: |
|---|---|---|
| TOMRIZ A | ASA24W15 | |

Port of Loading:

THESSALONIKI

Port of Discharge:

OAKLAND, USA

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| HLXU 8714330 SEAL NO: | 1970 CARTONS HARD CHEESE FOR GRATING FROM SHEEP MILK, NET WT: 7 KG VACCUM PACK, 2 UNITS/CASE, GROSS WT: 24429,100 KGS | 24429,100 KGS | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND COUNT SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3))

Above Particulars as declared by Shipper, without responsibility or warranty as to correctness by Carrier (see clause 11)

| Total No. of Containers received by the Carrier | Packages received by the Carrier |
|---|---|
| 1 | |

Movement

FCL/FCL

| Currency | | | |
|---|---|---|---|
| Charge | Rate | Basis | Per Net/Val | P/C | Amount |

Place and date of issue

VARNA 23.06.2016

Freight payable at

VARNA

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|
| | | |

DS000158

**John Bettex**

| | |
|---|---|
| **From:** | Mark Mazzella <mmazzella@atalanta1.com> |
| **Sent:** | Thursday, July 16, 2015 12:08 PM |
| **To:** | Sewar Nasser |
| **Cc:** | Denisse Mieles |
| **Subject:** | RE: GORMET - Invoice 59112; 59113; 59114 - ATALANTA- VERIFICATION |

Approved.

Thank you,

*Mark Mazzella*
Senior Product Manager

Atalanta Corporation
Office: 908-372-6083
Cell: 973-876-6674



**From:** Sewar Nasser [mailto:S.Nasser@ds-factoring.com]
**Sent:** Thursday, July 16, 2015 11:55 AM
**To:** Mark Mazzella
**Cc:** Denisse Mieles
**Subject:** GORMET - Invoice 59112; 59113; 59114 - ATALANTA- VERIFICATION

Dear Mark,

Kindly find the attached invoices above for your verification, please review them and send back that you confirm they are correct.


Best Regards,

Sewar Nasser
Account Manager
650 Fifth Ave, 24th FL
New York, New York 10019
Tel: 212-765-4349



**DS-CONCEPT®**
Intelligent Trade Finance

This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender

1

immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you.

DS000160



**Gourmet**
Food Imports, LTD

*Sales Invoice*

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037.

Invoice #: 59112

Invoice Date: 7/16/2015
Salesperson: T. Jikovski

| Customer / Billing Info | | | | Ship To | Same? (Y/N) N | |
|---|---|---|---|---|---|---|
| Company: | | | | Company: | | |
| Name: | Atalanta Corporation | | | Name: | | |
| Address: | J Atalanta Plaza | | | Address: | | |
| City: | Elizabeth | State: NJ | Zip: 07206 | City: Oakland Port | | Zip: |
| Phone: | 908.351.8000 | | | Phone: | | |
| Fax: | 908.351.0449 | | | Fax: | | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 7/16/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 16 Oct, 2015 | | |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1993 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case | $3.60/lb | $189,961.59 |
| | Net Wt: 23934.76 kg, 52767.11 lb | | |
| | | | |
| | Container number: HLXU8747972 | | |
| | | | |
| | Total Container Net Weight: 23934.76 kg | | |
| | Total Container Gross Weight: 24789.52 kg | | |

| | | |
|---|---|---|
| Subtotal: | $ | 189,961.59 |

| Other Notes and Terms: | | |
|---|---|---|
| No Returns or Credits accepted 7 days after shipment delivery. | Shipping: | 0.00 |
| | Invoice Total: $ | 189,961.59 |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044.
SWIFT: COBAUS3XXXX

DS000161

# Sales Invoice

## Gourmet Food Imports, LTD

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 3 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59113
Invoice Dates: 7/16/2015
Salesperson: T. Jikovski

| Customer / Billing Info: | | | | | Ship To: | Same? (Y/N) N | |
|---|---|---|---|---|---|---|---|
| Company: | | | | | Company: | | |
| Name: | Atalanta Corporation | | | | Name: | | |
| Address: | 1 Atalanta Plaza | | | | Address: | | Zip: |
| City: | Elizabeth | State: NJ | Zip: | 07206 | City: | Oakland Port | |
| Phone: | 908.351.8000 | | | | Phone: | | |
| Fax: | 908.351.0449 | | | | Fax: | | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 7/16/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 16 Oct. 2015 | | |
| Qty Ordered | Description | | | | Unit Price | Total |
| 2038 cases | Pecorino cheese Net Wt: 7 kg vacuum pack , 2 units/case | | | | $3.60/lb | $189,839.30 |
| | Net Wt: 23919.35 kg, 52733.14 lb. | | | | | |
| | | | | | | |
| | Container number: GESU9585204 | | | | | |
| | | | | | | |
| | Total Container Net Weight: 23919.35 kg | | | | | |
| | Total Container Gross Weight: 24927.36 kg | | | | | |
| | | | | | Subtotal $ | 189,839.30 |

Other Notes and Terms:
No Returns or Credits accepted 7 days after shipment delivery.

Shipping: 0.00
Invoice Total: $ 189,839.30

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/o No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

DS000162

*Sales Invoice*

## Gourmet
### Food Imports, LTD

10 Por Hristo Toprakahiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359) 2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59114
Invoice Date: 7/16/2015
Salesperson: B. Jikovski

Ship To: Same? (Y/N) N

| Customer / Billing Info | | | | | Ship To | | |
|---|---|---|---|---|---|---|---|
| Company: | Atalanta Corporation | | | | Company: | | |
| Name: | | | | | Name: | | |
| Address: | 1 Atalanta Plaza | | State: NJ | Zip: 07206 | Address: | | Zip: |
| City: | Elizabeth | | | | City: Oakland Port | | |
| Phone: | 908.351.8000 | | | | Phone: | | |
| Fax: | 908.351.0449 | | | | Fax: | | |

| Order No. | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 7/16/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 16 Oct, 2015 | Unit Price $3.60/lb | Total $190,098.61 |

| Qty Ordered | Description | | | | | |
|---|---|---|---|---|---|---|
| 2043 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case | | | | | |
| | Net Wt: 23952.02 kg, 52805.17 lb | | | | | |
| | | | | | | |
| | Container number: TCLU1045271 | | | | | |

Total Container Net Weight: 23952.02 kg
Total Container Gross Weight: 24980.73 kg

Subtotal: $ 190,098.61

Shipping: 0.00
Invoice Total: $ 190,098.61

Other Notes and Terms
No Returns or Credits accepted 7 days after shipment delivery.

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No. 026008044
SWIFT: COBAUS3XXXX

DS000163

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

**Bill of Lading**   Multimodal Transport or Port to Port Shipment

Shipper:

GORMET FOOD IMPORTS, LTD
10 POR HRISTO TOPRAKCHIEV STR,
SOFIA 1504
BULGARIA

### Hapag-Lloyd

Carrier's Reference: | B/L-No.: | Page:
30944218 | HLCUSK2150Z00552 | 1/1
Export References:

Consignee (not negotiable unless consigned to order):

ATALANTA CORPORATION
1 ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify; see clause 20(1) hereof):

GOURMET FOOD IMPORTS, LLC
3627, MT DIABLO BLVD, SUITE 305,
LAFAYETTE, CA 94549
USA

Consignee's Reference:

Place of Receipt:

BITOLA
DOLNODRIZARSKI PAT BB
7000 BITOLA
MACEDONIA

Vessel(s): TOMRIZA | Voyage-No.: ASA27W15

Place of Delivery:

Port of Loading: THESSALONIKI

Port of Discharge: OAKLAND, USA

| Container Nos., Seal Nos; Marks and Nos. | Number and kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| HLXU 8747972 SEAL NO: | 1993 CS PECORINO CHEESE FOR GRATING FROM SHEEP MILK, NET WG 7-KG VACCUM PACK, 2 UNITS/CASE GROSS WT: 24789.52 KGS | 24789.52 KGS | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND COUNT SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3)):

Total No. of Containers received by the Carrier: 1

Packages received by the Carrier:

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11)

Movement: FCL/FCL

Quantity:

Place and date of issue: VARNA 15.07.2015

| Charge | Rate | Basis | Per/Prepaid | P/C Amount |
|---|---|---|---|---|

Freight payable at: VARNA

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

DS000164

| Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg | **Bill of Lading** | Multimodal Transport or Port to Port Shipment |
| --- | --- | --- |

Shipper:

**GOURMET FOOD IMPORTS, LTD**
**10 POR HRISTO TOPRAKCHIEV STR.**
**SOFIA 1504**
**BULGARIA**

### Hapag-Lloyd

| Carrier's Reference | B/L No.: | Page: |
| --- | --- | --- |
| 30944216 | HLCUSK2160700663 | 1/1 |

Export Reference:

Consignee (non negotiable unless consigned to order):

**ATALANTA CORPORATION**
**1 ATALANTA PLAZA**
**ELIZABETH, NJ 07206**
**USA**

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify; see clause 20 (1) hereof):

**GOURMET FOOD IMPORTS, LLC**
**3627 MT DIABLO BLVD, SUITE 305**
**LAFAYETTE, CA 94549**
**USA**

Consignee's Reference:

Place of Receipt

**BITOLA**
**DOLNOORIZARSKI PAT BB**
**7000 BITOLA**
**MACEDONIA**

| Vessel(s): | Voyage-No.: |
| --- | --- |
| TOMRIZA | ASA27W15 |

Place of Delivery

Port of Loading:

**THESSALONIKI**

Port of Discharge:

**OAKLAND, USA**

| Container Nos., Seal Nos.: Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
| --- | --- | --- | --- |
| | 1 X 40' REF CONTAINER *SLAC | | |
| GESU 9555204 | 2038 CS PECORINO CHEESE FOR GRATING FROM | 24927,35 KGS | |
| SEAL NO: | SHEEP MILK, NET WT: 7 KG VACUUM PACK, 2 | | |
| | UNITS/CASE | | |
| | GROSS WT: 24927,35 KGS | | |
| | | | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND | | |
| | COUNT | | |
| | SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3))

| Total No. of Containers received by the Carrier: | Packages received by the Carrier: |
| --- | --- |
| 1. | |

Movement:

**FCL/FCL**

| Charge | Rate | Basis | Wt/Val/Vol | P/C | Amount |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11)

RECEIVED the number of Containers or other packages or units enumerated above for carriage subject to all the terms and conditions hereof...

Place and date of issue:

**VARNA, 16.07.2015**

Freight payable at

**VARNA**

| Total Freight Prepaid | Total Freight Collect | Total Freight |
| --- | --- | --- |
| | | |

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG-LLOYD

DS000165

Carrier  Hapag-Lloyd Aktiengesellschaft, Hamburg | **Bill of Lading** | Multimodal Transport or Port to Port Shipment

Shipper

GORMET FOOD IMPORTS, LTD
40 POR HRISTO TOFRAKCHIEV STR.
SOFIA 1504
BULGARIA

**Hapag-Lloyd**

| Carrier's Reference | B/L-No. | Page |
| --- | --- | --- |
| 30044216 | HLCUBK2150700574 | 1/1 |

Export References

Consignee (not negotiable unless consigned to order)

ATALANTA CORPORATION
1 ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent

Consignee's Reference

Notify Address (Carrier not responsible for failure to notify; see clause 20 (1) hereof)

GOURMET FOOD IMPORTS, LLC
3627 MY DIABLO BLVD, SUITE 306
LAFAYETTE, CA 94549
USA

Place of Receipt

BITOLA
DOLNOORIZARSKI PAT B6
7000 BITOLA
MACEDONIA

| Vessel(s) | Voyage-No. | Place of Delivery |
| --- | --- | --- |
| TOMRIZ A | ASA27W15 | |

Port of Loading:

THESSALONIKI

Port of Discharge:

OAKLAND, USA

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
| --- | --- | --- | --- |
| | 1 X 40' REF CONTAINER *SLAC | | |
| TCLU 1045271 SEAL NO: | 2043 CS PECORINO CHEESE FOR GRATING FROM SHEEP MILK, NET WT: 7 KG VACCUM PACK, 1 UNITS/CASE GROSS WT: 24980.73 KGS | 24980.73 KGS | |
| | *SLAC=SHIPPER'S LOAD, STOW, WEIGHT AND COUNT SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3))

Total No. of Containers received by the Carrier:
1

Above Particulars as declared by Shipper, Without responsibility or warranty as to correctness by Carrier (see clause 11)

| Movement | | | | |
| --- | --- | --- | --- | --- |
| FCL/FCL | | | | |
| Charge | Rate | Basis | Win/Vol/Val | P/C  Amount |
| | | Currency | | |

Place and date of issue:
VARNA 16.07.2015

Freight payable at:
VARNA

| Total Freight Prepaid | Total Freight Collect | Total Freight |
| --- | --- | --- |

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

DS000166

**John Bettex**

| | |
|---|---|
| From: | Mark Mazzella <mmazzella@atalanta1.com> |
| Sent: | Wednesday, July 29, 2015 10:34 AM |
| To: | Sewar Nasser |
| Cc: | Denisse Mieles |
| Subject: | RE: GORMET - Invoices 59117 59118 59119 for factoring -VERIFICATION |

Confirmed.

Thank you,

*Mark Mazzella*
Senior Product Manager

**Atalanta Corporation**
Office: 908-372-6083
Cell: 973-876-6674



**From:** Sewar Nasser [mailto:S.Nasser@ds-factoring.com]
**Sent:** Wednesday, July 29, 2015 10:11 AM
**To:** Mark Mazzella
**Cc:** Denisse Mieles
**Subject:** GORMET - Invoices 59117 59118 59119 for factoring -VERIFICATION

Dear Mark,

Kindly confirm the attached invoices at your earliest convenience.

Best Regards,

Sewar Nasser
Account Manager
650 Fifth Ave, 24th FL
New York, New York 10019
Tel: 212-765-4349


**DS-CONCEPT**
Intelligent Trade Finance

This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you.

1

# Gourmet
### Food Imports, LTD

**Sales Invoice**

10 Por Hrista Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (350) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59117
Invoice Date: 7/29/2015
Salesperson: T. Jikotski

| Customer / Billing Info: | | Ship To: | Same? (Y/N) N |
|---|---|---|---|
| Company: | | Company: | |
| Name: | Atalanta Corporation | Name: | |
| Address: | 1 Atalanta Plaza | Address: | |
| City: | Elizabeth   State: NJ Zip: 07206 | City: Oakland Port   Zip: | |
| Phone: | 908.351.8000 | Phone: | |
| Fax: | 908.351.0449 | Fax: | |

| Order No. | Date | Shipped Via | FOB Point | Terms |
|---|---|---|---|---|
| | 7/29/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 30 Oct, 2015 |

| Qty Ordered | Description | Unit Price: | Total |
|---|---|---|---|
| 1927 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case Net Wt: 23347.53 kg,  51472.49 lb. | $3.60/lb | $185,300.96 |
| | Container number: HLXU8765298 | | |
| | Total Container Net Weight: 23347.53  kg Total Container Gross Weight: 24118.299  kg | | |

| | | |
|---|---|---|
| | Subtotal: $ | 185,300.96 |

| Other Notes and Terms: | | |
|---|---|---|
| No Returns or Credits accepted 7 days after shipment delivery. | Shipping: | 0.00 |
| | Invoice Total:  $ | 185,300.96 |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC. Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC a/c No. 1501 12984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044 SWIFT: COBAUS3XXXX

DS000168



**Sales Invoice**

10 Por Hristo Toprakchiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 3059
Fax: + (359)2 973 2052
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 59118
Invoice Date: 7/29/2015
Salesperson: T. Ilcovski

| Customer / Billing Info | | | | Ship To | Same? (Y/N) N | |
|---|---|---|---|---|---|---|
| Company: | | | | Company: | | |
| Name: | Atalanta Corporation | | | Name: | | |
| Address: | 1 Atalanta Plaza | | | Address: | | |
| City: | Elizabeth | State: NJ | Zip: 07206 | City: | Oakland Port | Zip: |
| Phone: | 908.351.8000 | | | Phone: | | |
| Fax: | 908.351.0449 | | | Fax: | | |

| Order No | Date | Shipped Via | FOB Point | Terms | | |
|---|---|---|---|---|---|---|
| | 7/29/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 30 Oct, 2015 | | |
| Qty Ordered | Description | | | | Unit Price | Total |
| 1915 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case | | | | $3.60/lb | $184,817.95 |
| | Net Wt: 23286.67 kg, 51338.32 lb | | | | | |
| | | | | | | |
| | Container number: FLXU8701945 | | | | | |
| | | | | | | |
| | Total Container Net Weight: 23286.67 kg | | | | | |
| | Total Container Gross Weight 24943.833 kg | | | | | |
| | | | | | Subtotal: $ | 184,817.95 |

| Other Notes and Terms | | |
|---|---|---|
| No Returns or Credits accepted 7 days after shipment delivery. | Shipping: $ | 0.00 |
| | Invoice Total: $ | 184,817.95 |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC. Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044 SWIFT: COBAU83XXXXX.

DS000169



**Gourmet**
Food Imports, LTD

*Sales Invoice*

10 Por Hristo Toprakhiev Str
Sofia Bulgaria 1504
Tel: + (359) 2 973 2059
Fax: + (359)2 973 2059
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 39119
Invoice Date: 7/29/2015
Salesperson: T. Jikovski

| Customer / Billing Info | | | | | Ship To | | Same? (Y/N) N | |
|---|---|---|---|---|---|---|---|---|
| Company: | | | | | Company: | | | |
| Name: | Atalanta Corporation | | | | Name: | | | |
| Address: | 1 Atalanta Plaza | | | | Address: | | | |
| City: | Elizabeth | State: NJ | Zip: 07206 | | City: | Oakland Port | Zip: | |
| Phone: | 908.351.8000 | | | | Phone: | | | |
| Fax: | 908.351.0449 | | | | Fax: | | | |

| Order No | Date | Shipped Via | FOB Point | Terms | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7/29/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 30 Oct, 2015 | | | | |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1954 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case<br>Net Wt: 23317.08 kg., 51405.36 lb<br><br><br>Container number: HLXU6754186<br><br><br><br><br>Total Container Net Weight: 23317.08 kg<br>Total Container Gross Weight: 24118.25 kg | $3.60/lb | $185,059.30 |

| | | | |
|---|---|---|---|
| | | Subtotal: $ | 185,059.30 |
| | | Shipping: | 0.00 |
| | | Invoice Total: $ | 185,059.30 |

**Other Notes and Terms**
No Returns or Credits accepted 7 days after shipment delivery.

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

DS000170

| Carrier  Hapag-Lloyd Aktiengesellschaft, Hamburg | Bill of Lading | Multimodal Transport or Port to Port Shipment |

**Hapag-Lloyd**

**Shipper**

GORMET FOOD IMPORTS, LTD
19 POR HRISTO TOPRAKCHIEV STR
SOFIA 1504
BULGARIA

| Carrier's Reference | B/L No. | Page |
| 31044853 | HLCUSF2150701800 | 1/1 |

Export References

**Consignee** (non-negotiable unless consigned to order)

ATALANTA CORPORATION
1 ATALANTA PLAZA
ELIZABETH, NJ 07206
USA

Forwarding Agents

**Notify Address** (Carrier not responsible for failure to notify see clause 20(1) hereof)

GOURMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference

Place of Receipt

DOLNODRIZARSKI PAT BB
7000 BITOLA
MACEDONIA

| Vessel | Voyage No. |
| CRISTINA A | ASA280W16 |

Place of Delivery

**Port of Loading**
THESSALONIKI

**Port of Discharge**
OAKLAND

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |

1 X 40' REF CONTAINER "SLAC"

HLXU 8785859
SEAL NO:

1927 CS HARD CHEESE FOR GRATING FROM
SHEEP MILK, NET WT: 7 KG VACCUM
PACK: 2 UNITS/CASE,
GROSS WTD 24118,299 KGS

"SLAC SHIPPER'S LOAD, STOW, WEIGHT AND
COUNT
SHIPPED ON BOARD

24118,299 KGS

Shipper's declared Value (see clause 7(2) and 7(3))

Total No. of Containers received by the Carrier

Movement
FCL/FCL

| Above Particulars as declared by Shipper, Without responsibility or warranty as to correctness by Carrier (see clause 11) |

| Freight Details | Charges etc. |

Place and date of issue
VARNA 23.07.2015

For the Carrier
VARNA

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

GS000171

Carrier: Hapag Lloyd AG Reference

Carrier : Hapag-Lloyd Aktiengesellschaft, Hamburg

**Bill of Lading**   Multimodal Transport or Port to Port Shipment


Hapag-Lloyd

Shipper:

GORMET FOOD IMPORTS LTD
4U FOR HRISTO TOPRAKCHIEV STR.
SOFIA 1504
BULGARIA

Carrier Reference No. / B/L No.
HLCUSK2150701511

Page
1/1

Export References
31944853

Consignee (not negotiable unless consigned to order)

ATALANTA CORPORATION
ATALANTA PLAZA
ELIZABETH, NJ 07206
USA.

Forwarding Agent

Notify Address (Carrier not responsible for failure to notify see clause 20 overleaf)

GOURMET FOOD IMPORTS, LLC
3667 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94549
USA

Consignee's Reference

Place of Receipt
DOLNOORIJZARSKI PAT BB
7000 BITOLA
MACEDONIA

Vessel
CRISTINA A

Voyage No.
35A20W16

Place of Delivery

Port of Loading
THESSALONIKI

Port of Discharge
OAKLAND

Container No. / Seal No. / Marks and Nos   Number and kind of packages / Description of Goods   Gross Weight   Measurement

1 X 40' REF CONTAINER 1SLAC

HLXU 8701945
SEAL NO.

1916 CS HARD CHEESE FOR GRATING FROM
SHEEP MILK, NET WT. 1 KG VACOM PACK 2
UNIT PACK
GROSS WT. 24043.832KGS

24043.832 KGS

1SLAC - SHIPPER'S LOAD, STOW WEIGHT AND
COUNT
SHIPPED ON BOARD

Declared Value (see clause 7) overleaf

Total No. of Containers received by the Carrier

1

Movement
FCL/FCL

Currency

Place and date of issue
VARNA 28/07/2016

Signed on behalf of the Carrier
VARNA

SIGNED BY GLOBAL MARITIME SERVICES
AS AGENT OF THE CARRIER

DS000172

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg         Bill of Lading         Multimodal Transport or Port to Port Shipment

Shipper

**Hapag-Lloyd**

GORMET FOOD IMPORTS , LTD
10 POR HRISTO TOPRAKCHEV STR
SOFIA 1504
BULGARIA

| Carrier's Reference | B/L (No) | Page |
|---|---|---|
| 31948853 | HLCUSK2150707152T | 1/1 |

Export References

Consigned (if negotiable unless consigned to order)

ATALANTA CORPORATION
1 ATALANTA PLAZA
ELIZABETH, N.J. 07206
USA

Forwarding Agent

Notify Address (Carrier not responsible for failure to notify; see clause 20(1) hereof)

GORMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE CA 94549
USA

Consignee's Reference

Place of Receipt
DOLNODRIZARSKI PAT BB
7000 BITOLA
MACEDONIA

Vessel / Voyage No          Port of Delivery
CRISTINA A                  ASA2IW15

Port of Loading
THESSALONIKI

Port of Discharge
OAKLAND

| Container Nos, Seal Nos, Marks and Nos | Number and Kind of Packages, Description of Goods | Gross Weight | Measurement |
|---|---|---|---|
| | 1 X 40' REF CONTAINER STAC | 24113.260 KGS | |
| HLXU 6754185 SEAL NO | 1664 CS HARD CHEESE FOR GRATING FROM SHEEP MILK. NET WT: 7 KG VACUUM PACK, 8 UNITS/CASE. GROSS WT: 24113.260KGS | | |
| | "SLAC/SHIPPER'S LOAD, STOW, WEIGH AND COUNT" SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3))
less not a Container received by the Carrier          Packages received by the Carrier

Movement
FCL/FCL

Received by the Carrier from the Shipper without responsibility or warranty as to correctness by Carrier (see clause 14)...

Place and Date of Issue
VARNA 29.07.2015

VARNA

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG-LLOYD

DS000173

John Bettex

| | |
|---|---|
| From: | Mark Mazzella <mmazzella@atalanta1.com> |
| Sent: | Monday, August 03, 2015 9:31 AM |
| To: | Sewar Nasser |
| Cc: | Denisse Mieles |
| Subject: | Re: GORMET - Invocies: 59120 and 59121 -VERIFICATION |
| Attachments: | image002.png; image002.png |

Good morning.
Confirmed.


Thank you.

Atalanta Corporation
Mark Mazzella
Mobile-1-973-876-6674

On Aug 3, 2015, at 9:28 AM, Sewar Nasser <S.Nasser@ds-factoring.com> wrote:

> Dear Mark,
>
> Kindly find the attached invoices above, please confirm they are correct at your earliest convenience.
>
>
> Best Regards,
>
> Sewar Nasser
> Account Manager
> 650 Fifth Ave, 24th FL
> New York, New York 10019
> Tel: 212-765-4349
> <image002.png>
>
> This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you,



> <59121 Atalanta.pdf>
> <59120 Atalanta.pdf>
> <BL 59120 59121.pdf>

1

DS000174

# Gourmet
### Food Imports, LTD

*Sales Invoice*

*10 Por Hristo Toprakchiev Str*
*Sofia Bulgaria 1504*
*Tel: + (359) 2 973 2059*
*Fax: + (359)2 973 2059*
service@GourmetFoodImports.com
VAT: BG202667037

| Invoice #: | 59121 |
|---|---|
| Invoice Date: | 8/3/2015 |
| Salesperson: | T. Jikovski |

**Customer / Billing Info**

| | |
|---|---|
| Company: | |
| Name: | Atalanta Corporation |
| Address: | 1 Atalanta Plaza |
| City: | Elizabeth          State: NJ  Zip:  07206 |
| Phone: | 908.351.8000 |
| Fax: | 908.351.0449 |

**Ship To**          Same? (Y/N) N

| | |
|---|---|
| Company: | |
| Name: | |
| Address: | |
| City: | Oakland Port          Zip: |
| Phone: | |
| Fax: | |

| Order No | Date | Shipped Via | FOB Point | Terms |
|---|---|---|---|---|
| | 8/3/2015 | | Pick Up | 10 Days after ROG, Expected Payment Date: 9 Nov, 2015 |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1931 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case | $3.60/lb | $185,425.27 |
| | Net Wt: 23363.19 kg,  51507.02  lb | | |
| | | | |
| | Container number: RLXU 8739750 | | |
| | | | |
| | Total Container Net Weight: 23363.19 kg | | |
| | Total Container Gross Weight: 24128.794 kg | | |

| | | |
|---|---|---|
| Subtotal: | $ | 185,059.30 |

**Other Notes and Terms**
No Returns or Credits accepted 7 days after shipment delivery.

| | | |
|---|---|---|
| Shipping: | | 0.00 |
| Invoice Total: | $ | 185,059.30 |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

DS000175

# Gourmet
## Food Imports, LTD

*Sales Invoice*

*10 Por Hristo Toprakchiev Str*
*Sofia Bulgaria 1504*
*Tel: + (359) 2 973 2059*
*Fax: + (359)2 973 2059*
service@GourmetFoodImports.com
VAT: BG202667037

Invoice #: 359120
Invoice Date: 8/3/2015
Salesperson: T. Jikovski

| Customer / Billing Info | | | | | Ship To | Same? (Y/N) N | |
|---|---|---|---|---|---|---|---|
| Company: | | | | | Company: | | |
| Name: | Atalanta Corporation | | | | Name: | | |
| Address: | 1 Atalanta Plaza | | | | Address: | | |
| City: | Elizabeth | State: NJ | Zip: | 07206 | City: | Oakland Port | Zip: |
| Phone: | 908.351.8000 | | | | Phone: | | |
| Fax: | 908.351.0449 | | | | Fax: | | |

| Order No | Date | Shipped Via | FOB Point | Terms |
|---|---|---|---|---|
| | 8/3/2015 | Pick Up | | 10 Days after ROG, Expected Payment Date: 9 Nov. 2015 |

| Qty Ordered | Description | Unit Price | Total |
|---|---|---|---|
| 1931 cases | Pecorino cheese Net Wt: 7 kg vacuum pack, 2 units/case Net Wt: 23358.56 kg, 51496.81 lb | $3.60/lb | $185,388.52 |
| | | | |
| | Container number: HLXU 6710866 | | |
| | | | |
| | Total Container Net Weight: 23358.56 kg Total Container Gross Weight: 24115.603 kg | | |

| | Subtotal: $ | 185,059.30 |
|---|---|---|

| Other Notes and Terms | | |
|---|---|---|
| No Returns or Credits accepted 7 days after shipment delivery. | Shipping: | 0.00 |
| | Invoice Total: $ | 185,059.30 |

The underlying account receivable of the invoice has been assigned to DS-Concept Trade Invest LLC and DS-Concept ITF LLC.
Your liability remains in force until settlement of the full invoice amount is received into the account of DS-Concept ITF LLC
a/c No. 150112984000 with Commerzbank AG, 2 World Financial Center, NY, NY 10281, Routing No.: 026008044
SWIFT: COBAUS3XXXX

Carrier: Hapag-Lloyd Aktiengesellschaft, Hamburg

**Bill of Lading**   Multimodal Transport or Port to Port Shipment

**Hapag-Lloyd**

Shipper:

GORMET FOOD IMPORTS, LTD
10 POR HRISTO TOPRAKCHIEV STR,
SOFIA 1504-BULGARIA

| Carrier's Reference | B/L-No: | Page: |
|---|---|---|
| 38945268 | HLCUSK2150702017 | 1/1 |

Export Reference:

Consignee (not negotiable unless consigned to order):

ATALANTA CORPORATION
1ATALANTA PLAZA,
ELIZABETH, NJ 07206
USA

Forwarding Agent:

Notify Address (Carrier not responsible for failure to notify; see clause 20 (1) hereof):

GOURMET FOOD IMPORTS, LLC
3627 MT DIABLO BLVD, SUITE 305
LAFAYETTE, CA 94649
USA

Consignee's Reference:

Place of Receipt:

BITOLA
DOLNOORIZARSKI PAT BB
7000 BITOLA
MACEDONIA

| Vessel(s): | Voyage-No: |
|---|---|
| ROZA A | ASA29W15 |

Place of Delivery:

Port of Loading:
THESSALONIKI

Port of Discharge:
OAKLAND, CA

| Container Nos., Seal Nos., Marks and Nos. | Number and Kind of Packages, Description of Goods | Gross Weight: | Measurement: |
|---|---|---|---|
| | 1 X 40' REF CONTAINER *SLAC | | |
| HLXU. 6710886 SEAL NO: | 1931 CS HARD CHEESE FOR GRATING FROM SHEEP MILK, NET WT: 7 KG VACCUM PACK 2 UNITS/CASE, GROSS WT. 24115.603 KGS | 24115.603 KGS | |
| | *SLAC-SHIPPER'S LOAD, STOW, WEIGHT AND COUNT SHIPPED ON BOARD | | |

Shipper's declared Value (see clause 7(2) and 7(3))

Above Particulars as declared by Shipper. Without responsibility or warranty as to correctness by Carrier (see clause 11)

| Total No. of Containers received by the Carrier | Packages received by the Carrier |
|---|---|
| 1 | |

| Movement: | Currency: |
|---|---|
| FCL/FCL | |

| Charge | Rate | Basis | Per/Vol/Wt | P/C | Amount |
|---|---|---|---|---|---|

Place and date of Issue:
VARNA 03.06.2015

Freight payable at:
VARNA

SIGNED BY GLOBAL MARITIME SERVICES LTD
AS AGENT OF THE CARRIER HAPAG LLOYD

| Total Freight Prepaid | Total Freight Collect | Total Freight |
|---|---|---|

DS000177