# Exhibit H

John Bettex

| | |
|---|---|
| From: | Mark Mazzella <mmazzella@atalanta1.com> |
| Sent: | Friday, December 04, 2015 8:25 AM |
| To: | John Bettex; Mary Smith |
| Cc: | Denisse Mieles; Boris Tzvetanov (factoring@ds-factoring.com); Johan_ Geduhn; Richard Tretler |
| Subject: | RE: GOURMET FOOD - ATALANTA OUTSTANDING INVOICES |

I left you a voice mail message.

Thank you,

*Mark Mazzella*

---

From: John Bettex [mailto:J.Bettex@ds-factoring.com]
Sent: Thursday, December 03, 2015 4:19 PM
To: Mark Mazzella; Mary Smith
Cc: Denisse Mieles; Boris Tzvetanov (factoring@ds-factoring.com); Johan_ Geduhn; Richard Tretler
Subject: RE: GOURMET FOOD - ATALANTA OUTSTANDING INVOICES

Mark,

I have confirmed with our Operations are that the payment due November 30th has not been received. Please contact our offices as soon as possible. You can also call my cell after hours.

John N. Bettex
Senior Corporate Counsel
DS-Concept Factoring, Inc.
650 Fifth Avenue
New York, NY 10019

(212) 765-4349
Cell (917) 748-6129

---

From: Mark Mazzella [mailto:mmazzella@atalanta1.com]
Sent: Monday, November 16, 2015 2:33 PM
To: Mary Smith
Cc: Denisse Mieles; John Bettex; Boris Tzvetanov (factoring@ds-factoring.com)
Subject: RE: GOURMET FOOD - ATALANTA OUTSTANDING INVOICES

Hi,
You are correct.
Confirmed.

Thank you,

1

DS000318

*Mark Mazzella*

**From:** Mary Smith [mailto:M.Smith@ds-factoring.com]
**Sent:** Thursday, November 12, 2015 12:11 PM
**To:** Mark Mazzella
**Cc:** Denisse Mieles; John Bettex; Boris Tzvetanov (factoring@ds-factoring.com)
**Subject:** GOURMET FOOD - ATALANTA OUTSTANDING INVOICES
**Importance:** High

Dear Mark,

Hope all is well!

I would like to follow up on your email below and get some clarification on the payment plan.

The current OP includes 11 invoices.

Please **CONFIRM** that we have the correct understanding of your email below and payment plan will be as follows:

| Invoice | Date 1 | Date 2 | Amount | Subtotal | PYMT |
|---|---|---|---|---|---|
| 59107 | 6/23/2015 | 9/27/2015 | 189,331.45 $ | | |
| 59108 | 6/23/2015 | 9/27/2015 | 189,290.23 $ | | |
| 59109 | 6/23/2015 | 9/27/2015 | 189,370.15 $ | 567,991.83 $ | 11/: |
| 59112 | 7/16/2015 | 10/16/2015 | 189,961.59 $ | | |
| 59113 | 7/16/2015 | 10/16/2015 | 189,839.30 $ | | |
| 59114 | 7/16/2015 | 10/16/2015 | 190,098.61 $ | 569,899.50 $ | 12/: |
| 59117 | 7/29/2015 | 10/30/2015 | 185,500.90 $ | | |
| 59119 | 7/29/2015 | 10/30/2015 | 185,059.30 $ | | |
| 59118 | 7/29/2015 | 10/30/2015 | 184,617.95 $ | 555,178.21 $ | 1/: |
| 59120 | 8/3/2015 | 11/9/2015 | 185,059.30 $ | | |
| 59121 | 8/3/2015 | 11/9/2015 | 185,059.30 $ | 370,118.60 $ | 2/: |
| TOTAL OUTSTANDING | | | | 2,063,188.14 $ | |

If there is a discrepancy, please let me know immediately.

Thank you!

Kind regards,
Mary Smith

## Service Center

| | |
|---|---|
| **From:** | Mary Smith |
| **Sent:** | Thursday, November 12, 2015 12:11 PM |
| **To:** | Mark Mazzella (mmazzella@atalanta1.com) |
| **Cc:** | Denisse Mieles; John Bettex; Boris Tzvetanov (factoring@ds-factoring.com) |
| **Subject:** | GOURMET FOOD – ATALANTA OUTSTANDING INVOICES |
| **Importance:** | High |

Dear Mark,

Hope all is well!

I would like to follow up on your email below and get some clarification on the payment plan.

The current OP includes 11 invoices.

Please **CONFIRM** that we have the correct understanding of your email below and payment plan will be as follows:

| | | | | | PYMT |
|---|---|---|---|---|---|
| 59107 | 6/23/2015 | 9/27/2015 | 189,331.45 $ | | |
| 59108 | 6/23/2015 | 9/27/2015 | 189,290.23 $ | | |
| 59109 | 6/23/2015 | 9/27/2015 | 189,370.15 $ | 567,991.83 $ | 11/: |
| 59112 | 7/16/2015 | 10/16/2015 | 189,961.59 $ | | |
| 59113 | 7/16/2015 | 10/16/2015 | 189,839.30 $ | | |
| 59114 | 7/16/2015 | 10/16/2015 | 190,098.61 $ | 569,899.50 $ | 12/: |
| 59117 | 7/29/2015 | 10/30/2015 | 185,300.96 $ | | |
| 59119 | 7/29/2015 | 10/30/2015 | 185,059.30 $ | | |
| 59118 | 7/29/2015 | 10/30/2015 | 184,817.95 $ | 555,178.21 $ | 1/: |
| 59120 | 8/3/2015 | 11/9/2015 | 185,059.30 $ | | |
| 59121 | 8/3/2015 | 11/9/2015 | 185,059.30 $ | 370,118.60 $ | 2/: |
| TOTAL OUTSTANDING | | | | 2,063,188.14 $ | |

If there is a discrepancy, please let me know immediately.

Thank you!

Kind regards,
Mary Smith


> From: Mark Mazzella [mailto:mmazzella@atalanta1.com]
> Sent: Sunday, November 08, 2015 3:49 PM
> To: John Bettex
> Cc: Denisse Mieles; Johan Geduhn; Boris Tzvetanov

1

> (factoring@ds-factoring.com); ivan (Tim) petrov
> Subject: RE: Gourmet Food Invoices
>
> Hi,
> Here is the plan:
>
> Invoices date        Payment Date
> 3 invoices    06/23        11/30/15
> 3 invoices    07/16        12/30/15
> 3 invoices    07/29        01/30/16
> 2 invoices    08/03        02/15/16
>
> Thank you.

Mary Smith
Vice President of Operations
650 Fifth Ave, 24th Floor
New York, New York 10019
Tel: 212-765-4349 ext.103
Fax: 212-765-4346
m.smith@ds-factoring.com
www.ds-concept.net



**DS-CONCEPT®**
Intelligent Trade Finance

This message and any attachments contain confidential information. If you are not the intended recipient you must not distribute or copy this message or attachment or disclose the contents to any other person. Please notify the sender immediately by e-mail or telephone if you have received this e-mail in error and delete this message and any attachments from your system. Thank you.

2