# Franzblau Dratch, P.C.

| | | |
|---|---|---|
| S.M. Chris Franzblau<br>Stephen N. Dratch*<br>Julian Wilsey<br>Brian M. Dratch*<br>Shay Shailesh Deshpande* | Attorneys At Law<br>Plaza One<br>354 Eisenhower Parkway<br>P.O. Box 472<br>Livingston, New Jersey 07039-0472 | OF COUNSEL<br>Richard E. Mischel*<br>Allen B Pearl<br>Sanford F. Young*<br>Adam D. Dratch* |
| NEW YORK OFFICE<br>233 Broadway, Suite 1800<br>New York, NY 10279<br>(212) 571-1808<br>Please reply to NJ Office<br>WEBSITE: www.njcounsel.com | Main Office (973) 992-3700<br>Telecopier (973) 992-7945 or (973) 994-0130<br>email: sdratch@njcounsel.com | * NJ & NY BAR |

Writer's Direct Dial: (973) 533-7212

November 27, 2018

Honorable Cathy Waldor, U.S.
  Magistrate Judge
United States District Court
District of New Jersey Newark
MLK Federal Building & Courthouse, Room 4040
50 Walnut Street
Newark, NJ 07102

      Re:   DS-Concept Trade Invest LLC v. Atalanta Corporation, et al.
              Civil Action No. 2:16-cv-00429 (SRC)(CLW)

Dear Judge Waldor:

My office represents non-party, Great American Insurance Company ("GAIC"). GAIC was served with a subpoena to produce documents, et al. by plaintiff's counsel, Richard Simon, Esq. of Mandelbaum Salsburg, P.C. Attached to this letter is the subpoena.

Thereafter, GAIC was notified by its insured, the defendant Atalanta Corporation ("Atalanta") by its counsel Steven Aquino, Esq., not to produce

**Franzblau Dratch, P.C.**
A Professional Corporation

Honorable Cathy Walter, U.S.
  Magistrate Judge
November 27, 2018
Page 2

certain documents. Furthermore, on several occasions, plaintiff's counsel informed my office that it was going to be filing a protective order with regard to the plaintiff's subpoena.

    GAIC is prepared to turn over to the Court the disputed documents so that a determination can be made if they are discoverable. Mr. Simon has been more than patient with regard to compliance with the plaintiff's subpoena. If the Court would prefer the filing of a formal motion, I will comply but it is respectfully submitted that GAIC does not have a "dog in this fight" and requests the Court's guidance with regard to the production of documents.

    May I please hear from Chambers with regard to this request.

                                      Respectfully yours,

                                      STEPHEN N. DRATCH

SND/dp
Enclosure
cc:   Richard Simon, Esq.
       Zachary G. Newman, Esq.
       Steven Aquino, Esq. (via email - SAquino@hahnhessen.com)

00151478 - 1