**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DS-CONCEPT TRADE INVEST LLC, | Civil Action No. 16-429 (SRC) |
| Plaintiff, |  |
|  | **ORDER** |
| v. |  |
| ATALANTA CORPORATION et al., |  |
| Defendants. |  |

**CHESLER, District Judge**

This matter having come before the Court on the motion for default judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), by Defendant Atalanta Corporation ("Atalanta"); and the Court having considered Atalanta's submissions, and for the reasons stated in the accompanying Opinion, and good cause appearing,

**IT IS** on this 19th day of December, 2018,

**ORDERED** that Atalanta's motion for default judgment (Docket Entry No. 196) is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that, as to the third-party claims against third-party Defendant Traian Jikovski for breach of contract and aiding and abetting breach of fiduciary duty, the motion for default judgment is **GRANTED**, and default Judgment is hereby entered against Jikovski on these third-party claims in Atalanta's favor; and it is further

**ORDERED** that, as to Atalanta's request to sever claims under Rule 21, the motion for default judgment is **DENIED**; and it is further

**ORDERED** that Atalanta is awarded damages against third-party Defendant Jikovski in the amount of $1,404,502.70, jointly and severally with Defendants Gourmet Food Imports, LLC and Gormet Food Imports Ltd.

      s/ Stanley R. Chesler
      Stanley R. Chesler, U.S.D.J