Lawrence C. Weiner, Esq.
Direct Dial:  973.585.3154
Email:  lweiner@lawfirm.ms



attorneys at law

New Jersey • New York • Florida

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

July 15, 2021

<u>VIA ECF</u>
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      Re:   *DS-Concept Trade Invest LLC v. Atalanta Corporation, et al.*
             <u>Civil Action No. 16-00429 (SRC) (CLW)</u>

Dear Judge Waldor:

      This firm represents Plaintiff DS-Concept Trade Invest, LLC ("Plaintiff") in the above referenced matter.

      Per Your Honor's directive, the parties, as well as the attorney for Mark Mazzella ("Mazzella"), Anthony Bocci, Esq., had a meet and confer to address the Court's idea about a resolution of Plaintiff's pending motion to re-open discovery to take the deposition of Mazzella. The parties and Mazzella were unable to come to any agreement for the deposition to proceed. Accordingly, oral argument on the motion should move forward as scheduled on August 5, 2021 at 11:00 a.m.

      Thank you for your courtesies.

                                                          Respectfully,

                                                          <u>/s/ Lawrence C. Weiner, Esq.</u>
                                                          LAWRENCE C. WEINER, ESQ.

cc: All counsel of record (via ECF)

4822-9031-9346, v. 1