IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DS-CONCEPT TRADE INVEST LLC,<br><br>Plaintiff,<br><br>v.<br><br>ATALANTA CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No.: 16-0429 (SRC) (CLW)<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL CONTACT** |

**PLEASE TAKE NOTICE** that, that effective July 1, 2021, Hahn & Hessen LLP, co-counsel to Defendant Atalanta Corporation ("Atalanta") in the above-captioned matter, has changed its name and e-mail addresses. The new firm name is **Thompson Coburn Hahn & Hessen LLP**. The mailing address and contact telephone numbers remain unchanged. The following attorneys, who are counsel of record for Atalanta, may now be reached at the following email addresses:

| Attorney Name | E-mail Address |
|---|---|
| Zachary G. Newman | znewman@thompsoncoburn.com |
| Steven R. Aquino | saquino@thompsoncoburn.com |

Counsel for Atalanta respectfully request that the Clerk and all counsel update this firm's new name and email address information.

**[SIGNATURE ON FOLLOWING PAGE]**

Dated: New York, New York
       July 20, 2021

                                        **THOMPSON COBURN**
                                        **HAHN & HESSEN LLP**

                                        By:    *s/Zachary G. Newman*
                                                   Zachary G. Newman, Esq.
                                                   Steven R. Aquino, Esq.

                                        488 Madison Avenue
                                        New York, New York 10022
                                        Telephone: (212) 478-7200
                                        Facsimile: (212) 478-7400
                                        znewman@thompsoncoburn.com
                                        saquino@thompsoncoburn.com

                                        *Co-counsel for Defendant Atalanta Corporation*

**TO:**    All Counsel of Record (via ECF)